967 A.2d 841

IN THE MATTER OF CLIFFORD L. VAN
SYOC, AN ATTORNEY AT LAW.

September 5, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–041, concluding that **CLIFFORD L. VAN SYOC** of **CHERRY HILL,** who was admitted to the bar of this State in 1980, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.4(a) (failure to communicate with clients), and good cause appearing;

It is ORDERED that **CLIFFORD L. VAN SYOC** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.